UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

---

BYRON SMITH,

    Plaintiff,

- against -

MCR PUBLISHING, INC.

    Defendant.

Docket No. 2:20-cv-271-WKW

**NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**

---

IT IS HEREBY NOTICED, that the above case should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: September 22, 2020

*Attorneys for Plaintiff Byron Smith*